**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Victor Garza CANALES,**
**Defendant-Appellant.**

No. 77–5058

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Sept. 9, 1977.

Nago L. Alaniz, San Diego, Tex., for defendant-appellant.

James R. Gough, Mary L. Sinderson, George A. Kelt, Jr., Robert A. Berg, Asst. U. S. Attys., Houston, Tex., for plaintiff-appellee.

Before COLEMAN, GODBOLD and TJOFLAT, Circuit Judges.

PER CURIAM:

This appeal concerns an automobile search at the Falfurrias, Texas, checkpoint, conducted after a stop for a citizenship check. This is a fixed checkpoint at which immigration stops are permitted. *U. S. v. Kalie,* 538 F.2d 1201 (CA5, 1976). The search, based on the odor of marijuana, was supported by probable cause.

AFFIRMED.

* Rule 18, 5 Cir.; *see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al.,* 5 Cir., 1970, 431 F.2d 409, Part I.